■ THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of OLINDE PARTEL, Appellant, against JAAN MATSON, Respondent.— In a filiation proceeding, petitioner appeals from an order of the Children's Court, Nassau County, dismissing her petition, and from an order of the same court denying her motion for a new trial on the ground of newly discovered evidence. Orders unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MYSHOLOWSKY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SADOWY, Appellant.— Appeals from judgments of the County Court, Queens County, convicting appellants of robbery in the first degree, grand larceny in the first degree and assault in the second degree (two counts), and from the sentences imposed. Judgments unanimously affirmed (Code Crim. Pro., § 542). No separate appeals lie from the sentences, which have been reviewed on the appeals from the judgments of conviction. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.